IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.         : CASE NO: 3:01-MC-19
          : JUDGE RICE

DONALD E. HUNTER,

    Defendant.

## ORDER APPROVING RENEWAL OF THE UNITED STATES' JUDGMENT LIEN

Based on the United States' Motion and good cause appearing therefore, THE COURT HEREBY APPROVES the renewal of the United States of America's judgment lien against Defendant, DONALD E. HUNTER in accordance with the provisions of the Federal Debt Collection Procedure Act, 28 U.S.C. § 3201.

DATED this __15Th__ day of __march__, 2021.

              _____
              United States District Judge